

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANESSA E. MOORE | * | C.A. No. |
| Plaintiff, | * | 06-542 |
| v. | * | |
| ACADEMY OF DOVER, INC. a domestic corporation, BOARD OF DIRECTORS OF ACADEMY OF DOVER, INC., RUBY L. COPPADGE, individually and in her capacity as President of Academy of Dover, Inc., | * | **TRIAL BY JURY DEMANDED** |
| Defendants. | * | |

**AFFIDAVIT**

DISTRICT COURT          :
                                   :   SS.
DISTRICT OF DELAWARE :

On this **31st** day of **August**, A.D. 2006, before me, the undersigned Notary Public of the State of Delaware, personally appeared VANESSA E. MOORE, known to me to be such, and does depose and say as follows:

1. I am over the age of 18 years and competent to testify to all of the matters set forth herein.

2. I have read the foregoing Verified Complaint for injunctive relief and monetary damages, and believe the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.

3. I began my employment with Academy of Dover in October 2003 as the Transportation Supervisor.

4. In late 2005, during the term of my employment with Academy of Dover, Inc., I became pregnant. I have chosen to remain pregnant and I have chosen to give birth (which occurred on August 1, 2006) unmarried.

5. On July 11, 2006 I verbally informed my supervisor's administrative assistant that I was leaving to begin my medical leave because I was shortly to give birth. My supervisor, Leonard Litzi, and the Board of Directors at Academy of Dover were aware that I was going to take this medical leave.

6. Approximately one hour after I informed my supervisor's administrative assistant of my intentions, I received a call from my supervisor, Mr. Litzi, informing me that my contract with Defendant Academy of Dover Charter School was not going to be renewed.

7. I spoke about the termination of my position with Ruby L. Coppadge, the President of Academy of Dover. She stated that I was to be terminated based on "issues" in my private life. Ms. Coppadge further informed me that my "personal life is reflecting negatively on the Academy."

8. If my employment with Academy of Dover is terminated, I will lose my salary of more than $22,000 over the next year as well as the medical benefits I need to support my new child.

_____
VANESSA E. MOORE

SWORN TO AND SUBSCRIBED before me the year and date first

above written.

_____
Notary Public
My Commission expires: 12/3/07

