IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANESSA E. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-542-KAJ |
| ACADEMY OF DOVER, INC., ET AL., | ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington, this 22nd day of September, 2006,

WHEREAS, the plaintiff filed a motion for preliminary and/or permanent injunction (D.I. 3) on September 1, 2006.

IT IS HEREBY ORDERED as follows:

1. Defendants' answering brief in opposition to the motion shall be filed on or before October 13, 2006. Plaintiff's reply brief in support of the motion shall be filed on or before October 23, 2006.

2. A hearing on the motion shall be held beginning at 9:30 a.m. on October 30, 2006 in Courtroom 6-A of the Boggs Federal Building, Wilmington.

UNITED STATES DISTRICT JUDGE