LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER JR.
CATHERINE T. HICKEY
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY"
SCOTT E. CHAMBERS"
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
MARY F. HIGGINS

"ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
FIRST UNION BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

October 9, 2006

U.S. District Court
District of Delaware
Attn: Clerk
844 N. King Street Room 4209
Lock Box 18
Wilmington, DE 19801

Re:     **Vanessa Moore v. Academy of Dover Charter School**
        **C.A. No. 06-542 JJF**

Dear Sir/Madam:

The parties have reached settlement in the above referenced matter. There will be no need for any further Court proceedings. The parties shall file a Stipulation of Dismissal with the Court shortly.

Very truly yours,

WILLIAM D. FLETCHER JR.

WDF/ljo
cc:     James E. Drnec, Esq
        James H. McMackin, III