IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANESSA E. MOORE, | * | |
| | * | |
| Plaintiff, | * | C.A. No. 06-542 *** |
| v. | * | |
| | * | |
| ACADEMY OF DOVER, INC., a | * | **STIPULATION OF DISMISSAL** |
| domestic corporation, BOARD OF | * | |
| DIRECTORS OF ACADEMY OF | * | |
| DOVER, INC., RUBY L. COPPADGE, | * | |
| individually and in her capacity as | * | |
| President of Academy of Dover, Inc., | * | |
| | * | |
| Defendants. | * | |

Plaintiff Vanessa E. Moore and Defendants Academy of Dover, Inc., Board of Directors of Academy of Dover, Inc., and Ruby L. Coppadge, by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned civil action shall be and is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
    William D. Fletcher, Jr.
    Bar I.D. No. 362
    414 S. State Street
    P.O. Box 497
    Dover, DE 19903-0497

BIFFERATO GENTILOTTI BIDEN
& BALICK

BY: /s/ James E. Drnec
    James E. Drnec
    Bar I.D. No. 3789
    1308 Delaware Avenue
    P.O. Box 2165
    Wilmington, DE 19889-2165

IT IS SO ORDERED this _____ day of _____, 2007

_____
Judge

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused copies of the following:

## STIPULATION OF DISMISSAL

to be served upon:

JAMES E. DRNEC, ESQUIRE
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

by electronically filing and mailing copies to the addresses shown above, postage prepaid on

_____1.16.07_____

                         SCHMITTINGER & RODRIGUEZ, P.A.

                         BY: /s/ William D. Fletcher, Jr.
                             William D. Fletcher, Jr.
                             Bar I.D. No. 362
                             414 South State Street
                             P.O. Box 497
                             Dover, Delaware 19903-0497
                             Attorneys for Plaintiff

Dated: 1.16.07
WDF/ljo